# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Margaret Tatum, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Minot Vocational Adjustment Workshop, | ) | Case No. 4:05-cv-007 |
| | ) | |
| Defendant. | ) | |

_____

On December 27, 2005, the parties filed a Stipulation to Extend Discovery Plan Deadlines. The court will not approve that portion of the stipulation that extends the deadline for dispositive and non-dispostive motions because the court needs at least sixty days to address these motions and responses prior to trial. If this creates concern and the parties believe the current trial date is no longer realistic, the parties should contact the undersigned for a telephone status conference.

Based on the foregoing, the court **ADOPTS** in part and **DENIES** in part the stipulation of the parties and **ORDERS** as follows:

1. The parties shall have until March 1, 2006, to complete fact discovery and to file discovery motions. All other pretrial deadlines remain in effect.

2. The parties shall provide the names of expert witnesses and complete expert reports under Rule 26(a)(2) as follows: Plaintiff shall have until December 2, 2005, and Defendant shall have until December 16, 2005, to disclose the subject matter and discipline of expert(s) to be used at trial. Plaintiff shall have until March 1, 2006, and Defendant shall have until April 1, 2006, to provide the names of expert witnesses and complete reports under Rule 26(a)(2). Plaintiff shall have until April 17, 2006, to complete rebuttal expert reports and witnesses. (Treating physicians

        need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.)  (Reports to be served on other parties, but not filed with the Court.)

3.        The parties shall have until May 19, 2006, to complete discovery depositions of expert witnesses.

4.        The parties shall have until May 7, 2006,  to file other non-dispositive motions (e.g. consolidation, birfucation).

5.        The parties shall have until May 7, 2006, to file other dispositive motions (summary judgment as to all or part of the case).

Dated this 4th day of January, 2006.

                                                    /s/ Charles S. Miller, Jr.  
                                                    Charles S. Miller, Jr.  
                                                    United States Magistrate Judge